

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 2-09-107-CV

IN THE INTEREST OF I.M., K.M., A.M., AND M.M., CHILDREN

----------

FROM THE 323RD DISTRICT COURT OF TARRANT COUNTY

-----------

## MEMORANDUM OPINION[1] AND JUDGMENT

-----------

On April 15, 2009, we notified appellant T.N., in accordance with rule of appellate procedure 42.3(c), that we would dismiss this appeal unless the $175 filing fee was paid.  *See* Tex. R. App. P. 42.3(c).  On June 25, 2009, we also notified the parties that the appeal of T.N. could be dismissed for want of prosecution unless by July 6, 2009, T.N. or any party desiring to continue the appeal filed with the court a response informing this court that T.N. desired to continue her appeal.

---

[1] *See* Tex. R. App. P. 47.4.

Because we have received no response to either letter, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(c), 43.2(f).

PER CURIAM

PANEL:  DAUPHINOT, GARDNER, and WALKER, JJ.

DELIVERED:  July 16, 2009